AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF _DELAWARE_

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

▓▓▓▓▓▓▓▓▓ New Castle, Delaware 19720, described more particularly on Attachment A

**SEARCH WARRANT**

CASE NUMBER: 05- 137m

**REDACTED**

TO: _Speical Agent William J. Shields_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent William J. Shields_ who has reason to
Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

▓▓▓▓▓▓▓▓▓ New Castle, Delaware, described more particularly on Attachment A

in the _____ District of _Delaware_ there is now concealed a certain person or property, namely (describe the person or property)

the items listed on Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _December 26, 2005_
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____
as required by law. Further, you are authorized to remove all computer hardware, software and storage media, and all videotapes from the premises for processing off the site.

_December 16, 2005  8:03 A.M._      at   Wilmington, Delaware
Date and Time Issued                      City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                    _[signature]_
Name and Title of Judicial Officer                 Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12-16-2005 | 12-20-2005  7:15 AM | Craig D'Angelo |

**INVENTORY MADE IN THE PRESENCE OF** Craig D'Angelo

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See attached inventory sheet.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

William J. Shield  S/A  D.H.S. - I.C.E.

Subscribed, sworn to, and returned before me this date.

_____    12/21/05
U.S. Judge or Magistrate                Date

## ATTACHMENT A - DESCRIPTION OF PROPERTY TO BE SEARCHED

███████████ New Castle, Delaware, 19720, is a two-story, single-family dwelling. The structure has yellow vinyl siding and white trim and shutters on all windows viewable from the street. The roof is brown. The second floor has two single windows on the front. The front of the first floor has one double/picture window to the right side, and a white door to the left side. There is a covered porch on the left front of the house, in the front door area. Attached to the left side of the house is a one-car garage. The garage is yellow vinyl siding with a white door and trim. There is a black ███ over the garage door. A tan, freestanding mailbox is in the front yard, bordering the street. The mailbox is marked "DANGELO ███ The number ███ is also painted in black on the street curbing in front of the subject premises driveway.

## ATTACHMENT B - ITEMS TO BE SEARCHED FOR AND SEIZED

1. Images of child pornography and files containing images of child pornography in any form wherever it may be stored or found including, but not limited to:

    a. any computer, computer system and related peripherals; tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), and any electronic data storage devices including, but not limited to hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Flash memory devices, and other storage mediums; any input/output peripheral devices, including but not limited to passwords, data security devices and related documentation, and any hardware/software manuals related to or used to: visually depict child pornography; contain information pertaining to the interest in child pornography; and/or distribute, receive, or possess child pornography, or information pertaining to an interest in child pornography.

    b. books and magazines containing visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

    c. originals, copies, and negatives of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

    d. motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

2. Information or correspondence pertaining to the possession or attempted distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, that were transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

    a. envelopes, letters, and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

    b. books, ledgers, and records bearing on the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

3. Bank and credit card records, including but not limited to payments to Comcast.

4. Records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence; and

5. Records or other items which evidence ownership or use of computer equipment found in the above residence, including, but not limited to, sales receipts, bills for Internet access, handwritten notes, and email addresses ▮▮▮▮▮ and ▮▮▮▮▮

U.S. DEPARTMENT OF HOMELAND SECURITY
~~Bureau of Customs and Border Protection~~
Immigration + Customs Enforcement NO. 2677745

1. FPF No.
   ☐☐☐☐☐☐☐☐☐☐☐☐☐☐-☐☐
2. Incident No.
   ☐☐☐☐☐☐☐☐☐☐☐☐☐
3. Investigative Case No.
   W M 0 7 Q S 0 5 P I 0 0 0 1

**CUSTODY RECEIPT FOR SEIZED PROPERTY AND EVIDENCE**
Handbook 5200-09

| 4. Prior Detention? Yes ☐ No ☐ If yes, CF 6051D No. ___ | 5. Date Seized (mm/dd/yyyy) 12/20/2005 | 6. Time Seized (Use 24 Hrs) 845 | 7. FDIN/Misc. |
|---|---|---|---|
| 8. Seized From: Name: Craig D'Angelo  Address: [redacted] New Castle, DE 19720  Telephone No. ( )  Ext: | 9. Entry No. | 10. Seal or Other ID Nos. | |
| | 11. Remarks: Federal Search Warrant | | |

12. Send Correspondence to: Same as above

**13. PROPERTY (By Line Item) Attach CBP 58 if conveyance**

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 1 | Computer Tower - E-Machines Ser # QAV4210405967 | 1 | self cont. | 1 | ea | $ 500 |
| 2 | Sony Digital Camera Ser# 3627199 | 1 | self cont. | 1 | ea | $ 300 |
| 3 | 13 CD's - unk. content | 13 | evi. bag | 13 | ea | $ — |
| 4 | 2 DVD's - (Camera?) | 2 | evi. bag | 2 | ea | $ 50 |
| 5 | 1 - 3½" Diskette | 1 | evi. bag | 1 | ea | $ |
| | | | | | | $ |

14. Seizing Officer

| 14. Seizing Officer | | | | |
|---|---|---|---|---|
| Print Name | | Signature | | Date 12/20/05 |

### 15. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CBP 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Retains Original

CBP Form 6051S (08/03)

TOTAL P.01